Matthias, J.,
 

 dissenting. In my opinion tbe decision of tbe Court of Appeals affirming tbe judgment of tbe Court of Common Pleas is sustained by sound reason and should be affirmed.
 

 The authority of the municipal civil service commission to make and enforce rules is conferred by statute. Section 487-17b, General Code, prescribes a specific limitation upon tbe appointing power in tbe respect in question here. Upon tbe principle applied in
 
 Davis et al., Civil Service Comm.,
 
 v.
 
 State, ex rel. Kennedy, Dir. of Public Service,
 
 127 Ohio St., 261, 187 N. E., 867, the municipal commission is unauthorized to extend those statutory provisions and make tbe same applicable to positions other than those enumerated therein.
 

 Weygandt, C. J., concurs in the foregoing dissenting opinion.